COMPANY. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Roger S. Powell* for petitioner. *Mr. Cordenio A. Severance* and *Mr. Frank B. Kellogg* for respondent.

---

No. 550. KNUDSEN-FERGUSON FRUIT COMPANY, PETITIONER, *v.* MICHIGAN CENTRAL RAILROAD COMPANY. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Roger S. Powell* for petitioner. *Mr. Cordenio A. Severance* and *Mr. Frank B. Kellogg* for respondent.

---

No. 552. T. H. ADRIAN TROMP, PETITIONER, *v.* THE WILLIAM CRAMP & SONS SHIP AND ENGINE BUILDING COMPANY. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Norman G. Johnson* and *Mr. Ernest Dichman* for petitioner. *Mr. Henry G. Ward* for respondent.

---

No. 557. MAGNUS J. PALSON ET AL., PETITIONERS, *v.* NORTH GERMAN LLOYD, CLAIMANT. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward E. Blodgett* for petitioners. *Mr. Joseph Larocque, Jr.,* for respondent.

---

No. 560. EDWARD FLICKINGER, PETITIONER, *v.* THE UNITED STATES. January 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth